John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 801881

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-62471 | 005-0 | JOHN HENRY REED JR<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx2639 | 997.96 | 20.32 | 0.00 | 20.32 |
| 04-62627 | 014-0 | DENNIS KEITH WILLIAMS<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxx7000 | 0.00 | 12.39 | 0.00 | 12.39 |
| 05-61858 | 014-0 | GARY D GRIMM<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA  94529-0001 | xxxxxx0063 | 433.00 | 14.10 | 0.00 | 14.10 |
| 05-62167 | 005-0 | WAYNE CARTER CROCKETT JR<br>Original Check written to:<br>HELP SERVICE GROUP INC.<br>C/O HEMAR INSURANCE CORP. OF AMERIC<br>5120 SOUTH SOLBERG AVENUE<br>SIOUX FALLS, SD  57108 | xxxxxxx1771 | 18,817.99 | 54.28 | 0.00 | 54.28 |
| 05-62167 | 006-0 | WAYNE CARTER CROCKETT JR<br>Original Check written to:<br>HELP SERVICE GROUP INC.<br>C/O HEMAR INSURANCE CORP. OF AMERIC<br>5120 SOUTH SOLBERG AVENUE<br>SIOUX FALLS, SD  57108 | xxxxxxx1771 | 11,968.42 | 34.52 * | 0.00 | 34.52 |
| 06-60750 | 040-0 | WILLIAM T TOWERY<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA  94524-0010 | xxxxxx1723 | 616.38 | 18.75 | 0.00 | 18.75 |
| 07-60166 | 002-0 | LARRY EUGENE SMITH<br>Original Check written to:<br>GMAC<br>P.O BOX 78367<br>PHOENIX, AZ  85062- | xxxxxxxxxx2312 | 0.00 | 233.20 | 14.00 | 247.20 |